**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3484-21

EDWIN NARVAEZ,

     Plaintiff-Appellant,

v.

PUBLIC SERVICE ELECTRIC
AND GAS COMPANY, a
subsidiary of PUBLIC SERVICE
ENTERPRISE GROUP,

     Defendant-Respondent.

_____

Submitted November 13, 2023 – Decided December 15, 2023

Before Judges Sabatino, Mawla, and Vinci.

On appeal from the Superior Court of New Jersey, Law Division, Essex County, Docket No. L-2162-20.

Salny Redbord & Rinaldi, attorneys for appellant (Alexander Joseph Rinaldi, on the briefs).

Kiernan Trebach LLC, attorneys for respondent (Steven M. Pardalis, of counsel and on the brief).

PER CURIAM

We have been advised that this matter has been amicably adjusted and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2

A-3484-21